.

JV North 12th Street, LLC
232 North 12th Street
Brooklyn, NY 11211


Michael Vertuccio
58-73 71st Street
Maspeth, NY 11378