# United States Bankruptcy Court
### Eastern District of New York

In re   **CU29, Ltd.**                                                    Case No.

                                        Debtor(s)                        Chapter   **11**

## **VERIFICATION OF CREDITOR MATRIX**

     The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:   **May 28, 2014**                     **/s/ Tekaterina Tekishtina**
                                             **Tekaterina Tekishtina**/**President**
                                             Signer/Title

Date:   **May 28, 2014**                     **/s/ Michael A. King, Esq.**
                                             Signature of Attorney
                                             **Michael A. King, Esq.**
                                             **Michael A. King**
                                             **41 Schermerhorn Street**
                                             **Suite 228**
                                             **Brooklyn, NY 11201**
                                             **646-284-6746   Fax: 347-227-1266**